# SENTENCE DATA SHEET

DEFENDANT: **Chris Oliver**

CRIMINAL NO: 4:17-cr-132

CITIZENSHIP: USA

GUILTY PLEA: Count Two (2) of the Indictment

SUBSTANCE OF PLEA AGREEMENT:

(a) If Defendant pleads guilty to Count Two of the Indictment and persists in that plea through sentencing, and if the Court accepts this Plea Agreement, the United States will move to dismiss any remaining counts of the Indictment at the time of sentencing;

(b) At the time of sentencing, the United States agrees not to oppose Defendant's anticipated request to the Court and the United States Probation Office that he receive a two (2)- level downward adjustment under § 3E1.1(a) of the Sentencing Guidelines should Defendant accept responsibility as contemplated by the Sentencing Guidelines (U.S.S.G.);

(c) If Defendant qualifies for an adjustment under U.S.S.G. § 3E1.1(a) and Defendant's offense level is 16 or greater, the United States may move for an additional one (1)-level downward adjustment based on the timeliness of the plea or the expeditious manner in which Defendant provided complete information regarding his role in the offense.

(d) The United States will not seek a loss amount in excess of $250,000 pursuant to U.S.S.G. § 2B1.1(b)(1).

COUNT TWO: **18 U.S.C. §666 – Bribery Concerning Programs Receiving Federal Funds**

ELEMENTS:

1. The defendant was an agent of Houston Community College;
2. That Houston Community College was an organization that received in any one-

year period, benefits in excess of $10,000 under a Federal program involving a grant;
3. The defendant corruptly solicited, accepted, and agreed to accept anything of value from any person with the intent to be influenced and rewarded in connection with any business of HCC; and
4. That the business, transaction and series of transactions involved anything of value of $5,000 or more.

PENALTY: **18 U.S.C. §666 – Bribery Concerning Programs Receiving Federal Funds -** Not more than ten years imprisonment and/or a fine of not more than $250,000, and not more than three years supervised release.

SENTENCING
GUIDELINES: Advisory.

SUPERVISED
RELEASE: Not more than three years supervised release (18 U.S.C. §§ 3559 and 3583); if the defendant violates the conditions of release, then the defendant may be imprisoned without credit for time already served on the term of supervised release, 18 U.S.C. 3583(e)(3).

SPECIAL
ASSESSMENT: $100

ATTACHMENT: Plea Agreement attached.

Respectfully submitted,

ABE MARTINEZ
United States Attorney

/s/ Andrew Leuchtmann      /s/ Julie Searle
Andrew Leuchtmann              Julie N. Searle
Assistant United States Attorney    Assistant United States Attorney
(713) 567-9000                    (713) 567-9000