IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                                  Cr. No. H-17-132

CHRISTOPHER W. OLIVER

### DEFENDANT'S RESPONSE TO THE MOTION TO UNSEAL

The defendant, Christopher W. Oliver, through undersigned counsel, states that he has no legal objection to the government's motion to unseal.

                Respectfully submitted,

                MARJORIE A. MEYERS
                Federal Public Defender
                Southern District of Texas No. 3233
                Texas State Bar No. 14003750

                By /s/ Philip G. Gallagher
                PHILIP G. GALLAGHER
                Assistant Federal Public Defender
                Attorney in Charge
                New Jersey State Bar ID No. 2320341
                Southern District of Texas No. 566458
                Attorneys for Defendant
                440 Louisiana, Suite 1350
                Houston, Texas     77002-1669

                    Telephone:  713.718.4600
                    Fax:              713.718.4610

## CERTIFICATE OF SERVICE

I, certify that on June 30, 2017 a copy of the foregoing was served by email upon Assistant United States Attorney Andrew Leuchtmann.

/s/ Philip G. Gallagher
PHILIP G. GALLAGHER