United States District Court
Southern District of Texas
**ENTERED**
July 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 17-CR-132 |
| § | |
| § | |
| CHRIS OLIVER § | |

## ORDER TO UNSEAL

The United States' Motion to Unseal the case, including the re-arraignment proceedings, while allowing docket entries 7, 13, 14, 15, and 21 to remain sealed, is hereby GRANTED.

Signed July 6, 2017

_____
HONORABLE VANESSA GILMORE
United States District Judge
Southern District of Texas

-3-